IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:09cr27-MHT |
| EUGENE LAMAR PENDLETON | ) | (WO) |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 2, 2011, affirming the judgment of conviction and sentence pronounced in this case as to defendant Eugene Lamar Pendleton on July 6, 2010, and entered on July 15, 2010 (Doc. no. 246), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on January 12, 2012, and received in the office of the clerk of this court on January 12, 2012 (Doc. no. 262), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Eugene Lamar Pendleton on July 6, 2010,

and entered on July 15, 2012 (Doc. no. 246), is continued in full force and effect.

DONE, this the 17th day of January, 2012.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**